GMK:MJB:cmv

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AHMAD M. AJAJ, | : | No. 3:22-CV-1455 |
| Plaintiff | : | |
| | : | |
| v. | : | (Mannion, J.) |
| | : | |
| UNITED STATES OF | : | |
| AMERICA, et al. | : | Filed Electronically |
| Defendants | : | |

## DEFENDANTS' NOTICE OF APPEAL

Defendants Todd Wertman, Associate Warden; Paul Gibson, Associate Warden, Retired; Herman Quay, Complex Warden, Retired; Michael Hall, Associate Warden; Brian Cieslukowski, Supervisory Chaplain; William Pensyl, Senior Officer Specialist; Travis Rung, Senior Officer Specialist; James Shaffer, Assistant Food Service Administrator; Matthew Lynch, Senior Officer Specialist; Michael Magyar, Health Services Program Analyst; Sara Hernandez, Physician Assistant; Jaime Friant, Senior Officer Specialist; Gregory Easton, Deputy Case Management; Cody Williams, Senior Officer Specialist; Kevin Bittenbender, DHO, Retired; Shannon Prutzman, SIA Lieutenant, Retired; Nathan Carper, Special Housing Unit Lieutenant (SHU Lt.); and S. Valencik, Special Investigative Services Lieutenant (SIS Lt.), Retired hereby provide notice that they appeal the District Court's July 31, 2024 decision denying their motion

to dismiss. *Ashcroft v. Iqbal*, 556 U.S. 662, 671-72 (2009) (finding jurisdiction for circuit courts to review collateral orders denying qualified immunity at motion to dismiss stage).

    Respectfully submitted,

    GERARD M. KARAM
    United States Attorney

    /s/Michael Butler
    Michael Butler
    Assistant United States Attorney
    PA 81799
    1501 N. 6TH Street
    Harrisburg, PA 17102
    Tel: (717)221-4482
    Fax: (717)221-4493

Date: September 27, 2024    Michael.J.Butler@usdoj.gov

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AHMAD M. AJAJ,** | : | No. 3:22-CV-1455 |
| Plaintiff | : | |
| | : | |
| v. | : | (Mannion, J.) |
| | : | |
| **UNITED STATES OF** | : | |
| **AMERICA,** et al. | : | Filed Electronically |
| Defendants | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers. That on September 27, 2024, she served copies of the attached:

## DEFENDANTS' NOTICE OF APPEAL

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Scranton, Pennsylvania.

**Addressee:**
Ahmad M. Ajaj
Reg. No.: 40637-053
USP Coleman I
P.O. Box 1033
Coleman, Fl 33521

/s/Maureen Yeager
Maureen Yeager
Paralegal Spc.